## Commonwealth *v.* Harris, Appellant.

 Argued September 13, 1965. *Melvin Dildine,* Assistant Defender, with him *Leonard Packel,* Assistant Defender, and *Herman I. Pollock,* Defender, for appellant; *Vincent C. Veldorale* and *Joseph M. Smith,* Assistant District Attorneys, *F. Emmett Fitzpatrick, Jr.,* First Assistant District Attorney, and *James C. Crumlish, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.

FLOOD, J., absent.